**Exhibit A**

| | |
|---|---|
| **The Individuals and Entities associated with the following domains:** | AmericaknAirlines.com<br>AmericanAirlinesaol.com<br>AmericanAirlinesCiticard.com<br>AmericanAirlinese.com<br>AmericanAirlinesBooking.com<br>AmrericAnairlines.com |